# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-CR-30046 |
| RANDY BULL, | ) |
| Defendant. | ) |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that the United States of America, plaintiff above, hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from the district court's final judgment entered on December 20, 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

GREGORY K. HARRIS
UNITED STATES ATTORNEY

/s/ Tanner K. Jacobs
Tanner K. Jacobs, PA Bar No. 319265
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62701
Phone: 217-492-4450
Email: tanner.jacobs@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

*/s/ Tanner K. Jacobs*
Tanner K. Jacobs
Assistant United States Attorney